**George CHAPDELAINE,
Plaintiff–Appellant,**

v.

**Warden KELLER, Warden at FCI Ray Brook, Mr. Joy, Lieutenant at FCI Ray Brook, Shynder, Corrections Officer at FCI Ray Brook, J. Howard Lo-**

siewicz, **Paralegal at FCI Ray Brook, Ron Halladay, Counselor at FCI Ray Brook, David Bedore, Counselor at FCI Ray Brook, Roger Fink, Safety Officer at FCI Ray Brook, David Yaiser, Unit Manager at FCI Ray Brook, Mr. Millington, Food Service Administrator at FCI Ray Brook, Mr. Chapman, Assistant Warden at FCI Ray Brook, Mr. Cochran, Ms. Schnaars, Case Manager, Defendants–Appellees.**

**Docket No. 01–0026.**

United States Court of Appeals,
Second Circuit.

Jan. 31, 2002.

George Chapdelaine, Otisville, NY, pro se.

Elizabeth S. Riker, Ass't U.S. Att'y, NDNY, Syracuse, NY, for Appellees.

Present NEWMAN, KEARSE, Circuit Judges, RAKOFF, District Judge.*

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Northern District of New York, and was submitted by plaintiff *pro se* and by counsel for defendants.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Munson's Order dated January 16, 2001. Although plaintiff correctly notes that nei-

ther the magistrate judge's report nor the district court's order discussed certain factual assertions of retaliation he made after filing his complaint, the lack of such discussion provides no basis for reversal. The undiscussed assertions were not within the scope of the complaint; and plaintiff failed to show any causal connection between plaintiff's actions and the alleged additional acts by defendants.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.